**Gerald J. ROY, Petitioner,**

v.

**DEPARTMENT OF THE TREASURY, Respondent.**

No. 2007–3065.

United States Court of Appeals, Federal Circuit.

Dec. 11, 2007.

*ORDER*

Upon consideration of Gerald J. Roy's unopposed motion to dismiss this petition for review,

IT IS ORDERED THAT:

(1) The motion is granted.

(2) All sides shall bear their own costs.

**Juan R. COLON, Petitioner,**

v.

**DEPARTMENT OF JUSTICE, Respondent.**

No. 2008–3057.

United States Court of Appeals, Federal Circuit.

Dec. 11, 2007.

Juan R. Colon, pro se.

**ORDER**

The petitioner having failed to file the required Statement Concerning Discrimination, it is

ORDERED that the petition for review be, and the same hereby is, DISMISSED, for failure to prosecute in accordance with the rules.